# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIAS KLAICH,** | Case No. 2:15-cv-01539-JAM-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| **GATESTONE & CO., INTERNATIONAL, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 25<u>th</u> day of September, 2015.

/s/ John A. Mendez
The Honorable John A. Mendez